UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IMIG, Qui Tam Plaintiff, on behalf of herself and the United States of America,<br><br>           Plaintiff,<br><br>  v.<br><br>JOGINDER SONI, M.D.,<br><br>           Defendant. | 1:09-cv-0141 OWW GSA<br><br>ORDER DISMISSING ACTION |

Plaintiff has moved for dismissal of this action without prejudice.  The United States has declined to exercise the right to conduct the action.  The Defendant has not been served with the Complaint nor made an appearance.  There are no other parties to the action.

As Plaintiff does not wish to proceed with the action at this time, it is in the interest of justice that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   November 2, 2010              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE